■ In the Matter of CALOGERO SFERRAZZA et al., Appellants, against JOSEPH SCHECHTER et al., Constituting the City Civil Service Commission of the City of New York, et al., Respondents.— Order ·unanimously affirmed, without costs. McNALLY, J. (concurring). I vote to affirm on constraint of Matter of Williams v. Brennan (283 App. Div. 781). No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANDREW KAY, Appellant.— Appeal unanimously dismissed. No opinion. (See People v. Sheehan, 4 A D 2d 143; People v. Sidoti, 1 A D 2d 232.) Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN LUSTERINO, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ JOAN ANTONIVICH, Respondent, v. TRABERT & HOEFFER, INC., et al., Appellants.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY HARVY, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Bastow, JJ.

■ In the Matter of PHILIP D. ALLEYNE, Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Bastow, JJ.

■ AERIELLE F. EWESON, Appellant, v. ERIC EWESON, Respondent.— Judgment unanimously affirmed. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Bastow, JJ.

■ INGEBORG FISCHBACH, Appellant, v. ROBERT A. LEWIS, Respondent.— Judgment unanimously reversed on the ground of the inadequacy of the verdict and a new trial ordered, with costs to abide the event, unless the defendant stipulates to increase the verdict to the sum of $2,250, in which event the judgment, as so modified, is affirmed, with costs. Settle order. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Bastow, JJ.

■ SYLVIA CARLO, an Infant, by MOSES CARLO, Her Guardian ad Litem, et al., v. RIVERDALE ICE SKATING RINK, INC.— Motion dismissed, having become academic by virtue of the decision of this court (ante, p. 1036). Concur — Botein, P. J., M. M. Frank, McNally, Stevens and Bastow, JJ.